Kevin Bernard STRICKLAND,
Appellant,

v.

STATE of Missouri, Respondent.

No. WD 65035.

Missouri Court of Appeals,
Western District.

June 27, 2006.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 1, 2006.

Kevin B. Strickland, Cameron, pro se.

Shaun J. Mackelprang, Jefferson City,
MO, for respondent.

Before THOMAS H. NEWTON, P.J.,
PATRICIA A. BRECKENRIDGE, and
PAUL M. SPINDEN, JJ.

### ORDER

PER CURIAM.

Mr. Kevin B. Strickland appeals from
the denial of his post-conviction relief mo-
tion.

For reasons stated in the memorandum
provided to the parties, we affirm. Rule
84.16(b).